IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANITA YVETTE ROBINSON )<br>)<br>)<br>Select Portfolio Servicing, Inc./U.S. )<br>Bank National Association, as Trustee, )<br>Creditor, )<br>)<br>vs. )<br>)<br>)<br>ANITA YVETTE ROBINSON, )<br>Debtor )<br>) | CASE NO. 05B30258<br>JUDGE BRUCE W. BLACK |

### **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc./U.S. Bank National Association, as Trustee, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 1, 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of March 12, 2008.

   a. Attorney's Fees          $250.00

   b. Post Taxes               $7,699.81

   Total                       $7,949.81

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within

thirty days of this notice, Select Portfolio Servicing, Inc./U.S. Bank National Association, as Trustee rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Select Portfolio Servicing,
Inc./U.S. Bank National
Association, as Trustee

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088